GEORGE D. YARON (State Bar #96246)
gyaron@yaronlaw.com
DAVID G. DOUGLAS (State Bar #168085)
ddouglas@yaronlaw.com
**YARON & ASSOCIATES**
601 California Street, 21st Floor
San Francisco, California 94108-2281
Telephone:     (415) 658-2929
Facsimile:     (415) 658-2930

EDWARD F. RUBERRY (admitted *pro hac vice*)
ed.ruberry@rsg-law.com
MARK HOOPER (State Bar #173979)
mark.hooper@rsg-law.com
Ruberry, Stalmack & Garvey
500 West Madison Street, Suite 2300
Chicago, Illinois, 60661-2511
(312) 466-8050
(312) 466-8066 (fax)

Attorneys for Plaintiff LINCOLN
GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE BRANCH

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>LEONARD TRIANO d/b/a TRIANO GENERAL CONTRACTOR, THE STEUCK FAMILY TRUST, GORDON STEUCK and SANDY STEUCK,<br><br>    Defendants. | CASE NO.: CV12-02900 PJH<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE **AS MODIFIED**<br><br>Date Action Filed: June 4, 2012 |

    IT IS HEREBY ORDERED that the Stipulation and Request of Plaintiff Lincoln General

Insurance Company and Defendants Gordon Steuck and Sandy Steuck to continue the Initial Case

PROPOSED ORDER                              1

1  Management Conference, pursuant to Northern District Local Rules, 6-2 and 16-1016-10(a), is granted,
2  and the current Initial Case Management Conference date of September 13, 2012 is continued to
3  November 15 , 2012 at 1:30 p.m.   The request to appear by telephone (docket #22) is granted.
4  All parties shall appear by telephone. The attorney requesting a telephonic appearance shall initiate the call to all parties and
5  to the court at (510) 637-1291.
6  Dated: September 5 , 2012   _____
7  Phyllis J. Hamilton
   United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED ORDER                                    2