GEORGE D. YARON (State Bar #96246)
gyaron@yaronlaw.com
DAVID G. DOUGLAS (State Bar #168085)
ddouglas@yaronlaw.com
**YARON & ASSOCIATES**
601 California Street, 21st Floor
San Francisco, California 94108-2281
Telephone:     (415) 658-2929
Facsimile:      (415) 658-2930

EDWARD F. RUBERRY (admitted *pro hac vice*)
ed.ruberry@rsg-law.com
MARK HOOPER (State Bar #173979)
mark.hooper@rsg-law.com
**Ruberry, Stalmack & Garvey**
500 West Madison Street, Suite 2300
Chicago, Illinois, 60661-2511
(312) 466-8050
(312) 466-8066 (fax)

Attorneys for Plaintiff LINCOLN
GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND BRANCH

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY, a Pennsylvania corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>LEONARD TRIANO d/b/a TRIANO GENERAL CONTRACTOR; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON; THE STEUCK FAMILY TRUST; GORDON STEUCK and SANDY STEUCK,<br><br>                    Defendants. | CASE NO.:  CV12-02900 PJH<br><br>**RULE 41<br>STIPULATION TO DISMISS**<br><br>Date Action Filed:  June 4, 2012 |

Rule 41 Stipulation to Dismiss

1

**RULE 41(a)(1)(A)(ii) STIPULATION TO DISMISS**

NOW COME the Parties that have appeared in the above cause, jointly, by their respective attorneys, and hereby stipulate to the Plaintiff's voluntary dismissal of the case, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of civil Procedure, and hereby stipulate as follows:

It is hereby STIPULATED that this entire case is dismissed with prejudice by the agreement of the parties, without costs.

This STIPULATION is submitted by all parties that have appeared in this litigation. Pursuant to Local Rule 5-1, Lincoln General, the filer of this Stipulation has the concurrence of all counsel to affix electronic signature hereto.

Dated: January 16, 2014                                Lincoln General Insurance Company,

                                                       By: s/ Mark Hooper
                                                            One of Its Attorneys

Edward F. Ruberry (admitted *pro hac vice*)
Mark Hooper (State Bar #173979)


Dated: January 16, 2014                                The Steuck Family Trust, Gordon Steuck
                                                       and Sandy Steuck

                                                       By:  s/ Cynthia N. Oshiro
                                                            One of Their Attorneys

BRADLEY A. BENING, (SBN – 104221)
CYNTHIA N. OSHIRO, (SBN – 157173)
WILLOUGHBY, STUART & BENING
50 W. San Fernando Street, Suite 400
San Jose, California 95113
Telephone: (408) 289-1972
Facsimile: (408) 295-6375

Rule 41 Stipulation to Dismiss

1
2 **ORDER**
3
    Pursuant to the STIPULATION, IT IS SO ORDERED.
4
Dated: 1/17/14
5
6
7 _____
8 UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Rule 41 Stipulation to Dismiss

3